Bertram L. Potter, SBN: 29586
Eliot R. Samulon, SBN: 67401
**POTTER, COHEN & SAMULON**
3852 East Colorado Boulevard
Pasadena, California 91107
Telephone (626) 795-0681
Facsimile (626) 795-0725
bertrampotter@disabilitylawcentral.com

Attorney for Plaintiff ELAINE S. GOODMAN

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARY P. PARNOW, SBN: 174980
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone (415) 977-8928
Facsimile (415) 744-0134
Mary.parnow@ssa.gov

Attorney for Defendant

FILED
CLERK, U.S. DISTRICT COURT

JUN 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELAINE S. GOODMAN,<br><br>Plaintiff,<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendants. | CASE NO.: CV 08-00184 DSF (E)<br><br>**ORDER TO DISMISS** |

Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice, with each party to bear his own costs and fees including attorney fees.

DATE: June 18, 2008

_____
Charles F. Eick
United States Magistrate Judge

1